**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS KIS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COGNISM INC.,<br><br>　　　　　Defendant. | CASE NO.: 4:22-cv-05322-JST<br><br>**SUPPLEMENTAL DECLARATION OF JAMES ISILAY** |

I, James Isilay, hereby declare, pursuant to 28 U.S.C § 1746, as follows:

1. I am the Founder and Chief Executive Officer of Cognism Ltd., the parent company of Defendant Cognism Inc. ("Cognism").

**KASPR**

2. Kaspr is not owned or operated by Defendant. It is a separate French company with its own operations.

3. The Kaspr plug-in is not a product offered by Defendant.

4. Users of Kaspr cannot access the Cognism platform, and users of the Cognism platform do not have access to Kaspr.

**INTENT DATA**

5. Cognism does not track or monitor a user's website behavior, other than standard "cookies" used to track a Cognism user's behavior while navigating the Cognism website.

6. Instead, Cognism purchases data from a third-party vendor that contains anonymized and not individualized browsing information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in London, United Kingdom, on 2/16/2023.

*DocuSigned by: James Isilay*
21F9F3A1F8A54D6...
JAMES ISILAY
CHIEF EXECUTIVE OFFICER