Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*
[Additional Counsel Listed on Signature Page]

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGNISM, INC.,<br><br>Defendant. | Case No. 4:22-cv-05322-JST<br><br>**PLAINTIFF'S RULE 7-3(d)(1) OBJECTION TO NEW EVIDENCE SUBMITTED WITH REPLY** |

Plaintiff Nicholas Kis hereby objects under Local Civil Rule 7-3(d)(1) to new evidence Defendant Cognism submitted with its reply in support of its motion to dismiss. Specifically, Plaintiff objects to the following evidence: (1) the so-called "Corrected" Declaration of James Isilay, filed on Feb. 17, 2023 (Dkt. No. 45-1); and (2) the Supplemental Declaration of James Isilay, filed on Feb. 17, 2023 (Dkt. No. 46-1).

Plaintiff objects on the ground that the "Corrected" and Supplemental Declarations attempt to retract and contradict admissions Mr. Isilay made in his original Declaration, filed on Dec. 12, 2022 (Dkt. No. 24-1), without explanation or justification. For example, in his original

Declaration, Mr. Isilay, the CEO of Cognism, declared under penalty of perjury that "information in the Cognism platform can be accessed . . . through the Kaspr plug-in." Dkt. No. 24-1, at ¶31. In his "Corrected" Declaration, Mr. Isilay attempts to retract his admission that the Kaspr plug-in provides access to information in Cognism's platform. *See* Dkt. No. 45-1, at ¶31. Likewise, his Supplemental Declaration contradicts his original Declaration, now claiming that "[u]sers of Kaspr cannot access the Cognism platform." Dkt. No. 46-1, at ¶4.

Plaintiff also objects on the ground that Mr. Isilay's Supplemental Declaration appears to be inconsistent with his prior public statements. In the Supplemental Declaration, Mr. Isilay claims that "Kaspr is not owned or Operated by [Cognism]." Dkt. No. 46-1, ¶2. But in a press release dated April 27, 2022, which is publicly available on Cognism's website, Cognism "announced the acquisition of Kaspr, a Paris-based sales prospecting provider." Ex. 1. In the press release, the following statements were attributed to Mr. Isilay: (1) "This acquisition further cements Cognim's position as a leader in GDPR complaint contact data for EMEA," (2) "We're looking forward to Kaspr becoming a part of Cognism." *Id.*

As explained in Plaintiff's motion for leave to file a sur-reply, filed concurrently with this Objection, Mr. Isilay's retractions and contradictions appear designed to support an argument Cognism raises for the first time in its reply.

Dated: February 22, 2023   Respectfully Submitted,

By: */s/ Brittany Resch*
Brittany Resch (*pro hac vice*)
brittanyr@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (509) 4423

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (*to be admitted pro hac*)
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 22nd day of February, 2023.

                                      TURKE & STRAUSS LLP

                                      By:  */s/ Brittany Resch*
                                              Brittany Resch (*pro hac vice*)
                                              Email: brittanyr@turkestrauss.com
                                              TURKE & STRAUSS LLP
                                              613 Williamson St., Suite 201
                                              Madison, WI 53703
                                              Telephone: (608) 237-1775
                                              Facsimile: (608) 509-4423