1  Michael S. Sommer (admitted *pro hac vice*)
   JaeYoung Ariel Jeong (admitted *pro hac vice*)
2  Derek K. Mong (admitted *pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
4  New York, NY 10019
   Telephone: (212) 999-5800
5  Facsimile:  (212) 999-5899
   Email:     msommer@wsgr.com
6             ajeong@wsgr.com
              dmong@wsgr.com
7
   Colleen Bal, State Bar No. 167637
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  One Market Plaza Spear Tower, Suite 3300
   San Francisco, CA 94105
10 Telephone: (415) 947-2000
   Facsimile:  (415) 947-2099
11 Email:     cbal@wsgr.com

12 *Attorneys for Defendant Cognism Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS KIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNISM INC.,<br><br>Defendant. | CASE NO.: 4:22-cv-05322-JST<br><br>**DEFENDANT'S SUR-SUR-REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12**<br><br>**Date:** Thursday, April 27, 2023<br>**Time:** 2:00 PM Pacific Time<br>**Courtroom:** Oakland Courthouse, Courtroom 6 – 2nd Floor<br><br>Judge Jon S. Tigar |

## INTRODUCTION

Defendant Cognism, Inc. respectively submits this sur-sur-reply in support of its Motion to Dismiss (ECF No. 24, as corrected ECF No. 45).

## ARGUMENT

Defendant noted in its reply brief in support of its motion to dismiss that Cognism, Inc. did not own Kaspr. ECF No. 46 at 6-7 n.4. Plaintiff then requested leave to file a sur-reply, which was consented to by Defendant (ECF No. 47), which pleading then identified various sources indicating that "Cognism" had acquired Kaspr in April 2022, and argued that Mr. James Isilay, the CEO of Cognism, had therefore not been forthright in his declaration when he stated that Defendant did not own Kaspr (ECF No. 56).

Upon reading Plaintiff's sur-reply, it became clear to Defendant's counsel that Plaintiff was confusing Cognism Ltd, a United Kingdom company that Plaintiff had not sued and which owned Kaspr, with Cognism, Inc., the defendant in this case, that did not own Kaspr, as Mr. Isilay had correctly noted in his declaration (ECF No. 46-1 ¶ 2.)

In order to dispel this confusion, and to assure that the Court did not have to devote time and resources to this issue, Defense counsel, on March 20, 2023, called Plaintiff's counsel and explained that the Defendant in this case did not own Kaspr. Defense counsel further requested Plaintiff's consent to the filing of a sur-sur-reply so that the Court could be advised of the ownership of Kaspr and thereby be aware that the issue of the ownership of Kaspr was a non-issue. Plaintiff consented. Defendant filed its motion for leave to file a sur-sur-reply on March 21, 2023 (ECF No. 58), and the Court granted leave on March 28, 2023 (ECF No. 59).

Defendant Cognism, Inc. does not own Kaspr, which is owned by Cognism Ltd, not a party to this action. *See* Declaration of James Isilay, dated March 29, 2023, ¶ 2.

## CONCLUSION

For the reasons set forth in its Motion (ECF No. 24, as corrected ECF No. 45), its reply brief (ECF No. 46) and herein, Defendant Cognism Inc. respectfully requests that the Court grant its motion to dismiss.

Respectfully submitted,

Dated: 3/29/2023                    By: /s/ *Michael S. Sommer*

Michael S. Sommer (admitted *pro hac vice*)
JaeYoung Ariel Jeong (admitted *pro hac vice*)
Derek K. Mong (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile:  (212) 999-5899
Email: msommer@wsgr.com
          ajeong@wsgr.com
          dmong@wsgr.com

Colleen Bal, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile:  (415) 947-2099
Email: cbal@wsgr.com

*Attorneys for Defendant Cognism Inc.*