**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS KIS, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>COGNISM INC.,<br><br>     Defendant. | CASE NO.: 4:22-cv-05322-JST<br><br>**DECLARATION OF JAMES ISILAY** |

I, James Isilay, hereby declare, pursuant to 28 U.S.C § 1746, as follows:

1. I am the Founder and Chief Executive Officer of Cognism Ltd., the parent company of Defendant Cognism Inc. ("Cognism").

**COGNISM COMPANY BACKGROUND**

2. Defendant Cognism, Inc. does not own Kaspr, which is owned by Cognism Ltd, not a party to this action.

Executed in London, United Kingdom on March 29, 2023.

              DocuSigned by:
              *James Isilay*
              21F9E3A1F8A54D6...
              JAMES ISILAY
              CHIEF EXECUTIVE OFFICER