| | |
|---|---|
| 1 | Michael F. Ram (SBN 104805) |
| | mram@forthepeople.com |
| 2 | Marie N. Appel (SBN 187483) |
| 3 | mappel@forthepeople.com |
| | MORGAN & MORGAN |
| 4 | COMPLEX LITIGATION GROUP |
| | 711 Van Ness Avenue, Suite 500 |
| 5 | San Francisco, CA 94102 |
| | Telephone: (415) 358-6913 |
| 6 | Facsimile: (415) 358-6293 |

*Attorneys for Plaintiff and the Proposed Class*
[Additional Counsel Listed on Signature Page]

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS KIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGNISM, INC.,<br><br>Defendant. | Case No. 4:22-cv-05322-JST<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Judge Jon S. Tigar |

Pursuant to Local Rule 7-3(d)(2), Plaintiff NICHOLAS KIS respectfully informs the Court of additional authority in opposition to Defendant's Motion to Dismiss (Dkt. 24). Attached hereto as **Exhibit A** is the June 30, 2023, Order denying Defendant PeopleConnect, Inc.'s motion to compel arbitration and dismiss in a similar case, *Nolen v. PeopleConnect, Inc.*, Case No. 3:20-cv-09203-EMC (N.D. Cal.).

Dated: July 6, 2023          By:  */s/ Brittany Resch*
                                   Brittany Resch (*pro hac vice*)
                                   brittanyr@turkestrauss.com

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (*pro hac vice* forthcoming)
ben@benosbornlaw.com
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 6th day of July, 2023.

                         TURKE & STRAUSS LLP

                         By:  */s/ Brittany Resch*
                               Brittany Resch (*pro hac vice*)
                               brittanyr@turkestrauss.com
                               TURKE & STRAUSS LLP
                               613 Williamson St., Suite 201
                               Madison, WI 53703
                               Telephone: (608) 237-1775
                               Facsimile: (608) 509-4423