Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiff and the Proposed Class*
[Additional Counsel Listed on Signature Page]

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS KIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGNISM, INC.,<br><br>Defendant. | Case No. 4:22-cv-05322-JST<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Judge Jon S. Tigar |

Pursuant to Local Rule 7-3(d)(2), Plaintiff NICHOLAS KIS respectfully informs the Court of additional authority in opposition to Defendant's Motion to Dismiss (Dkt. 24). Attached hereto as **Exhibit A** is the Ninth Circuit's September 21, 2023, Order in a similar case, *Martinez v. ZoomInfo Technologies, Inc.*, Case No. 22-35305, affirming the district court's denial of defendant's motion to strike the complaint under California's anti-SLAPP law and finding that, at the motion to dismiss stage, the plaintiff had plausibly pleaded that she suffered sufficient injury to establish constitutional standing to sue.

Dated: September 21, 2023         By: */s/ Brittany Resch*
                                  Brittany Resch (*pro hac vice*)
                                  brittanyr@turkestrauss.com
                                  TURKE & STRAUSS LLP
                                  613 Williamson St., Suite 201
                                  Madison, Wisconsin 53703-3515
                                  Telephone: (608) 237-1775
                                  Facsimile: (608) 509-4423

                                  Michael F. Ram (SBN 104805)
                                  mram@forthepeople.com
                                  Marie N. Appel (SBN 187483)
                                  mappel@forthepeople.com
                                  MORGAN & MORGAN
                                  COMPLEX LITIGATION GROUP
                                  711 Van Ness Avenue, Suite 500
                                  San Francisco, CA 94102
                                  Telephone: (415) 358-6913
                                  Facsimile: (415) 358-6923

                                  Benjamin R. Osborn (*pro hac vice* forthcoming)
                                  ben@benosbornlaw.com
                                  LAW OFFICE OF BENJAMIN R. OSBORN
                                  102 Bergen Street
                                  Brooklyn, NY 11201
                                  Telephone: (347) 645-0464

                                  *Attorneys for Plaintiff and the Proposed Classes*

# CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 21st day of September, 2023.

                    TURKE & STRAUSS LLP

                    By: */s/ Brittany Resch*
                          Brittany Resch (*pro hac vice*)
                          brittanyr@turkestrauss.com
                          TURKE & STRAUSS LLP
                          613 Williamson St., Suite 201
                          Madison, WI 53703
                          Telephone: (608) 237-1775
                          Facsimile: (608) 509-4423