1  Michael S. Sommer (admitted *pro hac vice*)
   JaeYoung Ariel Jeong (admitted *pro hac vice*)
2  Derek K. Mong (admitted *pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
4  New York, NY 10019
5  Telephone: (212) 999-5800
   Facsimile: (866) 974-7329
6  Email: msommer@wsgr.com
   Email: ajeong@wsgr.com
7  Email: dmong@wsgr.com

8
   Colleen Bal (SBN 167637)
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 One Market Plaza Spear Tower, Suite 3300
   San Francisco, CA 94105
11 Telephone: (415) 947-2000
   Facsimile: (866) 974-7329
12 Email: cbal@wsgr.com

13
   *Counsel for Defendant Cognism Inc.*
14

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KIS, on behalf of himself and all others similarly situated, | Case No.: 3:22-cv-05322-AMO |
| Plaintiff, | **DEFENDANT'S STATEMENT OF RECENT DECISION – *MARTINEZ V. ZOOMINFO TECHNOLOGIES, INC.*** |
| v. | |
| COGNISM INC., | |
| Defendant. | |

Pursuant to Local Rule 7-3(d)(2), Defendant Cognism Inc. respectfully informs the Court of the Ninth Circuit's decision in *Martinez v. ZoomInfo Technologies, Inc.*, No. 22-35305 (9th Cir. Sept. 21, 2023).  The Ninth Circuit's decision is attached hereto as **Exhibit A**, wherein the Ninth Circuit recognized that defendant-appellant ZoomInfo's website "displays a 'teaser profile,' which shows partially redacted information about [an] individual," together with "buttons lead[ing] the user to a page detailing options to subscribe to ZoomInfo before viewing the individual's full profile."  *Id.* at 6.

Dated: September 22, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Michael S. Sommer*

Michael S. Sommer (admitted *pro hac vice*)
JaeYoung Ariel Jeong (admitted *pro hac vice*)
Derek K. Mong (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: msommer@wsgr.com
Email: ajeong@wsgr.com
Email: dmong@wsgr.com

Colleen Bal (SBN 167637)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: cbal@wsgr.com

*Counsel for Defendant Cognism Inc.*