Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

Michael S. Sommer (admitted pro hac vice)
JaeYoung Ariel Jeong (admitted pro hac vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: msommer@wsgr.com
Email: ajeong@wsgr.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHOLAS KIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COGNISM INC.,<br><br>        Defendant. | Case No. 4:22-cv-05322-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION**<br><br>Judge:    Hon. Araceli Martínez-Olguín<br>Courtroom:    6 – 2nd Floor<br>Date Filed:    September 20, 2022<br>Trial Date:    TBD |

**STIPULATION TO STAY CASE PENDING MEDIATION**

Plaintiff Nicholas Kis ("Plaintiff") and Defendant Cognism Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Defendant's Motion to Dismiss (Doc. 45) has been granted in part and denied in part;

WHEREAS, Defendant filed its Answer to the Complaint on October 7, 2024 (Doc. 82);

WHEREAS, the Court ordered the parties to file a joint case management statement by December 30, 2024 (Doc. 86);

WHEREAS, the parties are currently engaged in productive settlement negotiations;

WHEREAS, the parties have scheduled for February 26, 2025, a private mediation before the Judge David E. Jones (Ret.), a mediator experienced in data privacy class actions;

WHEREAS, the parties desire to focus their time and resources on preparing for mediation and engaging in any follow-up negotiations following mediation and desire to minimize Court resources that are dedicated to this matter;

WHEREAS, the parties agreed to seek a stay of this matter through March 12, 2025, including of the joint case management statement due December 30, 2024, and that they will provide the Court with a status report on or before that date advising the Court whether the parties have reached a resolution or whether they are requesting the stay be lifted;

WHEREAS, granting a stay pending mediation would serve judicial economy given the upcoming joint case management submission and case scheduling deadlines;

WHEREAS, the parties have articulated good cause to stay this matter in light of the intention to conserve the resources of the parties and the Court;

WHEREAS, the Parties are not seeking to alter any briefing or other case deadlines; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

This matter shall be stayed through March 12, 2025, with the parties to provide the Court with a status report on or before that date advising the Court whether the parties have reached a

resolution or whether they are requesting the stay be lifted. The December 30, 2024, deadline to submit a joint case management statement is vacated.

**IT IS SO STIPULATED.**

Dated: December 27, 2024

/s/ Raina C. Borrelli
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile:  (415) 358-6293

Benjamin R. Osborn (pro hac vice forthcoming)
ben@benosbornlaw.com
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiffs*

Dated: December 27, 2024

/s/ Michael S. Sommer
Michael S. Sommer (admitted pro hac vice)
JaeYoung Ariel Jeong (admitted pro hac vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: msommer@wsgr.com
Email: ajeong@wsgr.com

*Attorneys for Defendants*

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Raina Borrelli, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with N.D. Cal. Civ. L.R. 5-1(h)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

                                               */s/ Raina Borrelli*
                                               Raina Borrelli

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____    _____
Dated                                            Hon. Araceli Martínez-Olguín