Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile:  (415) 358-6293

Michael S. Sommer (admitted *pro hac vice*)
JaeYoung Ariel Jeong (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: msommer@wsgr.com
Email: ajeong@wsgr.com

*Attorneys for Plaintiffs*
[Additional Counsel Appear on Signature Page]

*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS KIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGNISM, INC.,<br><br>Defendant. | Case No. 3:22-cv-05322-AMO<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Judge Araceli Martínez-Olguín |

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual and class claims without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 5, 2024

*/s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com

Dated: March 5, 2024

*/s/ Michael S. Sommer*
Michael S. Sommer (admitted *pro hac vice*)
JaeYoung Ariel Jeong (admitted *pro hac vice*)

| | |
|---|---|
| STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 N Michigan Avenue, Suite 1610<br>Chicago IL, 60611<br>Telephone: (872) 263-1100<br>Facsimile: (872) 263-1109<br><br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile:  (415) 358-6293<br><br>Benjamin R. Osborn (*pro hac vice* forthcoming)<br>ben@benosbornlaw.com<br>LAW OFFICE OF BENJAMIN R. OSBORN<br>63 Fiddlers Elbow Rd.<br>Margaretville, NY 12455<br>Telephone: (347) 645-0464<br><br>*Attorneys for Plaintiffs* | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: msommer@wsgr.com<br>Email: ajeong@wsgr.com<br><br>*Attorneys for Defendants* |

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: March 5, 2025                    By:  */s/ Raina C. Borrelli*
                                                            Raina C. Borrelli